UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>SECOND WATCH SGT., et al.,<br><br>Defendants. | No. 1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Clarence Lonnell Roberson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On January 4, 2021, the assigned magistrate judge issued findings and recommendations, finding that plaintiff had stated cognizable claims for failure to protect in violation of his Eight Amendment right against two Doe sergeants and a Doe lieutenant and for deliberate indifference to serious medical needs in violation of plaintiff's Eight Amendment right against defendant KQA, defendant Gonzalez, the two Doe sergeants, the Doe lieutenant, and two Doe correctional officers. (Doc. No. 13 at 2, 6–9.) The magistrate judge also found that plaintiff had failed to state any other cognizable claims. (*Id.*) In addition, the magistrate judge concluded that plaintiff had already been given an opportunity to amend his original complaint, with ample guidance from the

/////

court, and that the deficiencies in his second amended complaint were not capable of being cured by way of further amendment. (*Id*. at 9.)

Accordingly, the magistrate judge recommended that this action proceed only on plaintiff's Eighth Amendment failure to protect claims against the two Doe sergeants and the Doe lieutenant and on plaintiff's Eighth Amendment claims for deliberate indifference to his serious medical needs against defendant KQA, defendant Gonzalez, the two Doe sergeants, the Doe lieutenant, and the two Doe correctional officers. (*Id*.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id*. at 9.) On January 15, 2021, plaintiff filed objections to the findings and recommendations. (Doc. No. 14.) Plaintiff's objections appear to argue that the court should not dismiss his failure to protect claims against defendant KQA and defendant Gonzalez because they failed to "report misconduct by another employee." (Doc. No. 14 at 1.) However, plaintiff's objections fail to remedy the factual deficiencies identified by the magistrate judge, namely that plaintiff's claims against defendant KQA and defendant Gonzalez "[do] not provide any factual allegations regarding what defendant KQA or defendant Gonzalez should have done, or even could have done, to protect him." (Doc. No. 13 at 7.)

Accordingly,

1. The findings and recommendations issued on January 4, 2021 (Doc. No. 13) are adopted in full;
2. This action proceeds on plaintiff's Eighth Amendment failure to protect claims against the two Doe sergeants and the Doe lieutenant and on plaintiff's Eighth Amendment claims for deliberate indifference to his serious medical needs against defendant KQA, defendant Gonzalez, the two Doe sergeants, the Doe lieutenant, and the two Doe correctional officers;
3. All other claims are dismissed; and

/////

/////

4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: __**March 1, 2021**__              _/s/ Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE

3