1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLARENCE LONELL ROBERSON,            Case No.  1:19-cv-01724-DAD-EPG (PC)

12              Plaintiff,

13        v.                              ORDER DIRECTING CLERK OF COURT TO
                                          SERVE PLAINTIFF WITH A COPY OF (1)
14   SECOND WATCH SGT., et al.,           THE FINDINGS AND
                                          RECOMMENDATIONS RECOMMENDING
15              Defendants.               THAT PLAINTIFF'S MOTIONS FOR
                                          INJUNCTIVE RELIEF BE DENIED (ECF NO.
16                                        25) AND (2) THIS ORDER

17                                        ORDER DIRECTING PLAINTIFF TO
                                          CONFIRM CURRENT ADDRESS
18

19        Plaintiff Clarence Lonell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and

20   *in formal pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

21        On April 2, 2021, the Court entered findings and recommendations recommending that

22   Plaintiff's motions for an order prohibiting him from being transferred to Kern Valley State

23   Prison ("KVSP") be denied. (ECF No. 25.) The Clerk of Court served Plaintiff with a copy of the

24   findings and recommendations at his address of record, Salinas Valley State Prison, PO Box

25   1050, Soledad, CA 93960-1050. However, Plaintiff's motion filed on March 5, 2021 indicated

26   that he had been transferred to KVSP and listed "Clarence Roberson, P.O. Box 5103, Delano, CA

27   93216" in the upper left corner. (ECF No. 21.)

28   ///

In an abundance of caution, the Court will direct the Clerk of Court to serve a copy of the Court's findings and recommendations entered on April 2, 2021, and this order on Plaintiff at the address listed in his motion filed on March 5, 2021. Objections to the findings and recommendations, if any, will be due within twenty-one (21) days of service. Additionally, the Court will direct Plaintiff to respond to this order and confirm his current address or file a change of address within twenty-one (21) days of service.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of Court is respectfully directed to serve Plaintiff with a copy of (1) the Court's findings and recommendations entered on April 2, 2021 (ECF No. 25) and (2) this order by U.S. mail to Clarence Lonell Roberson K-37334, P.O. Box 5103, Delano, CA 93216; and

2.  Plaintiff shall respond to this order within twenty-one (21) days from the date of service confirming his current address or filing a change of address.

IT IS SO ORDERED.

Dated:   __**April 9, 2021**__                    __/s/ Erica P. Grosjean__
                                        UNITED STATES MAGISTRATE JUDGE