UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>SECOND WATCH SGT., et al.,<br><br>Defendants. | Case No.  1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER STAYING EARLY SETTLEMENT CONFERENCE AND RESPONSIVE PLEADING DEADLINES |

Plaintiff Clarence Lonell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in formal pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 8, 2021, Defendants K.Q.A. and Gonzalez ("Defendants") filed a motion to revoke Plaintiff's *in forma pauperis* status or, in the alternative, for an order requiring security. (ECF No. 26.) The motion, among other things, requests that the Court stay the deadlines for Defendants to respond to the Court's Order Regarding Early Settlement Conference and to file a responsive pleading pending resolution of the motion. (*Id.* at 8.)

In light of the motion, the Court will grant Defendant's request to stay the pending deadlines.

Additionally, Plaintiff is encouraged to respond to the motion. Because Plaintiff was served with a copy of the motion by U.S. Mail on April 8, 2021, any response is due by **May 3, 2021.** (ECF No. 26 at 24.) *See* Fed. R. Civ. P. 6(a)(1)(C), (d); E.D. Cal. Local Rule 230(l).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The deadlines for Defendants to respond to the Court's Order Regarding Early Settlement Conference entered on March 23, 2021 (ECF No. 24) and to file a responsive pleading are hereby STAYED pending resolution of the motion to revoke Plaintiff's *in forma pauperis* status or, in the alternative, for an order requiring security (ECF No. 26.); and

2. The Clerk of Court is respectfully directed to serve Plaintiff with a copy of this order at his address of record, Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050, and also at Kern Valley State Prison, P.O. Box 5103, Delano, CA 93216.

IT IS SO ORDERED.

Dated:   **April 9, 2021**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2