| | |
|---|---|
| CLARENCE LONNELL ROBERSON, | Case No. 1:19-cv-01724-DAD-EPG (PC) |
| Plaintiff, | |
| v. | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF |
| SECOND WATCH SGT., et al., | |
| Defendant. | (ECF No. 34) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Clarence Lonell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 14, 2021, Plaintiff filed a motion for a preliminary injunction. (ECF No. 34.) In his motion, Plaintiff alleges that the warden has instructed staff not to let Plaintiff attend E.O.P. groups or use the telephone. (*Id.*) Plaintiff has complained to his psychologist and his supervisor and all Unit C-7 staff and they all claim that they have to follow the warden's rules. (*Id.*) Plaintiff requests that the Court transfer him to another institution. (*Id.*)

Given Plaintiff's allegations, the Court will direct Defendants to file a response to the motion.

Accordingly, IT IS ORDERED that Defendants have twenty-one days from the date of service of this order to file a response to Plaintiff's motion for injunctive relief (ECF No. 34).

1

Not more than seven days after the response has been filed, Plaintiff may serve and file a reply to the response.

IT IS SO ORDERED.

Dated: **May 18, 2021**  /s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE