UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>L.T., 2nd Watch SGT, et al.,<br><br>Defendants. | No. 1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 34, 39) |

Plaintiff Clarence Lonnell Roberson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 29, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief (Doc. No. 34) be denied. (Doc. No. 39.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.* at 7.) On August 13, 2021, plaintiff filed his objections. (Doc. No. 40.)

This is plaintiff's third such motion seeking an emergency protection order and to be transferred from Kern Valley State Prison to another institution based on his allegations of retaliation and alleged safety concerns. (Doc. Nos. 15, 21.) Both of the previous motions were

denied (Doc. No. 25), and this motion suffers from the same defects as the other two attempts to obtain the requested relief.  Amongst other concerns, plaintiff has not demonstrated he is entitled to an injunction based on his allegations, and he has not submitted any evidence that there are inadequate safeguards in place to protect him at his current institution of confinement.  (Doc. Nos. 34 at 1–2; 37 at 5; 39 at 3–4.)  Second, the Warden of Kern Valley State Prison[1] is not a party to this action, and thus the court is without jurisdiction to authorize the relief plaintiff seeks even if plaintiff had made the required showing.

In his objections, plaintiff merely repeats his unsupported allegations that he is in danger and being retaliated against; that his requests are "[adequate], correct, and true;" and that he wishes to be transferred to another institution.  (Doc. No. 40.)  Plaintiff does not address the deficiencies and issues identified in the pending findings and recommendations; and accordingly, plaintiff has failed to provide any basis to depart from their thorough analysis.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 29, 2021 (Doc. No. 39) are adopted in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 34) is denied;
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 18, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

---

[1] The Warden's approval would have been required to authorize plaintiff's transfer to Kern Valley State Prison.  (Doc. No. 37 at 4.)