1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CLARENCE LONNELL ROBERSON,                No.  1:19-cv-01724-DAD-EPG (PC)

12              Plaintiff,

13         v.                                   ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DENYING
14    L.T., 2nd Watch SGT, et al.,              DEFENDANTS' MOTION TO REVOKE
                                                PLAINTIFF'S *IN FORMA*
15              Defendants.                     *PAUPERIS* STATUS, OR IN THE
                                                ALTERNATIVE, FOR AN ORDER
16                                              REQUIRING SECURITY

17                                              (Doc. Nos. 26, 27, 38)

18

19

20         Plaintiff Clarence Lonnell Roberson is a state prisoner proceeding *pro se* and *in forma*

21    *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to

22    a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

23         On April 8, 2021, defendants filed a motion seeking an order revoking plaintiff's *in forma*

24    *pauperis* status, or in the alternative, for an order requiring plaintiff to post security in the amount

25    of $3,575 because defendants assert plaintiff is a vexatious litigant.  (Doc. No. 26.)  Defendants

26    also filed a request for judicial notice of documents filed in six of plaintiff's prior cases.  (Doc.

27    No. 27.)  On April 22, 2021, plaintiff filed his opposition, and on April 28, 2021, defendants filed

28    a reply thereto.  (Doc. Nos. 31, 33.)

                                                1

On June 16, 2021, the assigned magistrate judge took judicial notice of the documents and issued findings and recommendations recommending that defendants' motion be denied because defendants had not demonstrated that plaintiff had received three dismissals that count as "strikes" under 28 U.S.C. § 1915(g) or that he was a vexatious litigant.  (Doc. No. 38.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.* at 9.)  To date, no objections have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1.   The findings and recommendations entered on June 16, 2021 (Doc. No. 38) are adopted in full;

2.   Defendants' motion for an order revoking plaintiff's *in forma pauperis* status or, in the alternative, that plaintiff be required to post security (Doc. No. 26) is denied; and

3.   This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 23, 2021**

_____
UNITED STATES DISTRICT JUDGE