UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONELL ROBERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>L.T., et al.,<br><br>        Defendants. | Case No.  1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF SETTLEMENT CONFERENCE<br><br>(ECF No. 44) |

This matter has been referred for an early settlement conference. (ECF No. 24.) On September 21, 2021, Defendants filed a request to opt out of the settlement conference. (ECF No. 44.) Defendants' counsel explains that they plan to file a motion for summary judgment based on Plaintiff's failure to exhaust his claims. (*Id.* at 2.) Defendants notified Plaintiff that they would request to opt out of settlement at this time, at least until the Court resolves the exhaustion issue. (*Id.*) Plaintiff disagreed with Defendants' position and stated he would write to the Court and push for a settlement conference. (*Id.*)

The Court will grant Defendants' request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

///

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 24), Defendants did not need to file a request to opt out of the early settlement conference. Instead, Defendants should have filed a notice that they are opting out of an early settlement conference.

1

Accordingly, IT IS HEREBY ORDERED that Defendants' request to opt out of an early settlement conference (ECF No. 44) is GRANTED.

IT IS SO ORDERED.

Dated:  **September 23, 2021**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE