UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONELL ROBERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L.T., et al.,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY (30) DAYS<br><br>(ECF No. 56) |

Clarence Lonell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 28, 2021, Defendants K.Q.A. and Gonzalez filed a motion for summary judgment. (ECF No. 56.) Plaintiff was required to file an opposition or statement of non-opposition to the motion within twenty-one days, but did not do so. E.D. Cal. L.R. 230(l).

Local Rule 230(l) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." While a motion for summary judgment cannot be granted by default, *Heinemann v. Satterberg*, 731 F.3d 914, 916 (9th Cir. 2013), the Court does have other options when a party fails to respond. For example, if Plaintiff fails to respond, the Court may treat the facts asserted by

1

Defendants as "undisputed for purposes of the motion." Fed. R. P. 56(e)(2). Alternatively, if Plaintiff fails to oppose the motion or file a statement of non-opposition, the Court may recommend that this case be dismissed for failure to prosecute and failure to comply with a court order.

 Accordingly, IT IS HEREBY ORDERED that, within thirty days from the date of service of this order, Plaintiff shall file oppositions or statements of non-opposition to Defendants' motion for summary judgment (*see* ECF No. 56).

IT IS SO ORDERED.

Dated:  **December 21, 2021**     /s/ Erica P. Grosjean
                UNITED STATES MAGISTRATE JUDGE