UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>L.T., *2nd Watch SGT*, et al.,<br><br>Defendants. | No. 1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 51, 67) |

Plaintiff Clarence Lonnell Roberson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief (Doc. No. 51) be denied. (Doc. No. 67.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service. (*Id.* at 5.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on January 21, 2022 (Doc. No. 67) are adopted in full; and

2. Plaintiff's motion for injunctive relief (Doc. No. 51) is denied.

IT IS SO ORDERED.

Dated: __**March 6, 2022**__   _____
UNITED STATES DISTRICT JUDGE