UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>L.T., et al.,<br><br>    Defendant. | No. 1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 56, 69) |

Plaintiff Clarence Lonnell Roberson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 8, 2022, the assigned magistrate judge issued findings and recommendations recommending that the motion for summary judgment filed on behalf of defendants Gonzalez and K. Ga (collectively, "named defendants"), (Doc. No. 56) be granted on plaintiff's claim against the named defendants for deliberate indifference to serious medical needs in violation of the Eighth Amendment due to plaintiff's failure to exhaust his administrative remedies prior to filing suit as is required. (Doc. No. 69.) Accordingly, the assigned magistrate recommended that plaintiff's deliberate indifference claim against the named defendants be dismissed, without prejudice. (*Id.* at 10.) The magistrate judge also clarified that this case will proceed against the unidentified Doe defendants (two Doe sergeants, two Does correctional officers, and one Doe

lieutenant) on plaintiff's deliberate indifference claim and failure to protect claim. (*Id.* at 2, 10 n.8.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id*. at 11.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 8, 2022 (Doc. No. 69) are adopted in full;

2. Defendant Gonzalez and defendant K. Ga's motion for summary judgment based upon plaintiff's failure to exhaust his administrative remedies, with respect to the deliberate indifference claim against them in this action, prior to filing suit as required (Doc. No. 56) is granted;

3. Plaintiff's claim against defendant Gonzalez and defendant K. Ga for deliberate indifference to his serious medical needs in violation of the Eighth Amendment is dismissed, without prejudice;

4. The Clerk of the Court is directed to update the docket to reflect that defendants Gonzalez and K. Ga[1] have been terminated as named defendants in this action; and

5. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 29, 2022**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's operative complaint refers to defendant K. Ga as defendant K.Q.A, so that is how this defendant is listed on the docket. (*See* Doc. No. 12.)

2