UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>L.T., et al.,<br><br>　　　　　　Defendants. | Case No.  1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER REGARDING SUBSTITUTION OF NAMED DEFENDANTS IN PLACE OF DOE DEFENDANT |

　　　　Clarence Lonnell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On April 29, 2021, District Judge Dale A. Drozd entered an order adopting the Court's findings and recommendations recommending that Defendants Gonzalez and Ga's motion for summary judgment be granted. (ECF No. 70.) Accordingly, this this case now proceeds only on Plaintiff's Eighth Amendment claims for failure to protect against two Doe sergeants and a Doe lieutenant and for deliberate indifference to serious medical needs against the two Doe sergeants, the Doe lieutenant, and two Doe correctional officers. (*See* ECF Nos. 13, 18.)

　　　　As this case proceeds against Doe defendants, the Court will allow Plaintiff to subpoena documents from Kern Valley State Prison that may allow him to identify the Doe defendants. If Plaintiff is able to identify the Doe defendants, he should file a motion to substitute the named

1

individuals in place of the Doe defendants no later than 120 days from the date of service of this order. If Plaintiff fails to identify any of the Doe defendants, they will be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of form AO 88B and a copy of form USM-285;
2. Plaintiff has thirty days from the date of service of this order to complete and return form AO 88B and form USM-285;
3. Plaintiff has 120 days from the date of service of this order to file a motion to substitute named defendants in place of the Doe defendants; and
4. <u>Failure to comply with this order may result in the dismissal of the Doe defendants and/or this case</u>.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                    /s/ *Erin P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE