UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONELL ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>L.T., et al.,<br><br>Defendants. | Case No. 1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER REGARDING SUBMISSION OF SUBPOENA AND EXTENDING DEADLINE TO SUBSTITUTE NAMED DEFENDANT IN PLACE OF DOE DEFENDANT<br><br>(ECF No. 72) |

Clarence Lonnell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case proceeds on Plaintiff's Eighth Amendment claims for failure to protect against two Doe sergeants and a Doe lieutenant and for deliberate indifference to serious medical needs against the two Doe sergeants, the Doe lieutenant, and two Doe correctional officers.[1] (See ECF Nos. 13, 18.) In relevant part, Plaintiff's operative complaint alleges that two Doe sergeants and a Doe lieutenant told Plaintiff that they would not protect him unless he provided the names of inmates who own cell phones and sell drugs. Plaintiff did not provide names, these defendants did not sufficiently protect Plaintiff, and Plaintiff was attacked. Plaintiff also alleges that the two Doe

---

[1] On April 29, 2021, District Judge Dale A. Drozd entered an order adopting the Court's findings and recommendations recommending that Defendants Gonzalez and K. Ga's motion for summary judgment be granted. (ECF No. 70.)

1

sergeants, the Doe lieutenant, and two Doe correctional officers knew that Plaintiff had been cut during an attack by inmates, but refused to provide any medical treatment. (ECF No. 12.)

On May 4, 2022, the Court entered an order permitting Plaintiff to subpoena documents from Kern Valley State Prison ("KVSP") that may allow him to identify the Doe defendants. (ECF No. 71.) The Court further set a deadline of 120 days from the date of service of the order for Plaintiff to file a motion to substitute the named individuals in place of the Doe defendant. (*Id.*) Plaintiff was served with the Court's order by mail on May 4, 2022.

On May 13, 2022, Plaintiff submitted request "to keep named defendants c/o KQA and c/o Gonzalez held responsible in this action and . . . that Doe defendants be allowed to be sued as well." (ECF No. 72.) Plaintiff also attached a USM-285 Form and an AO88B Subpoena form. (*See* ECF No. 72.) The subpoena is directed to "Kern Valley State Prison" and requests production of "Names of Doe Defendants." The subpoena commands production of these documents to Lancaster State Prison but does not specify a date and time for production.

Summary judgment has been granted in favor of Defendants K. Ga and Gonzalez. (ECF Nos. 69, 70.) Thus, this case no longer proceeds against these defendants and only proceeds against the Doe defendants. Additionally, as explained in the Court's May 4, 2022 order, Plaintiff is allowed to subpoena documents for the purpose of identifying the Doe defendants. (*See* ECF No. 38.) Plaintiff's subpoena asks KVSP to produce the names of the Doe defendants, but does not describe any documents that may reveal this information or provide any details regarding the Doe defendants that would allow KVSP to determine their identities. Additionally, the subpoena does not identify a date and time for KVSP to produce the documents.

The Court therefore will not direct the United States Marshal to serve the subpoena Plaintiff submitted on May 13, 2022, but will allow Plaintiff to complete and return new AO 88B and USM-285 forms and will further extend the deadline for filing a motion to substitute named defendants in place of the Doe defendants. In describing the documents to be produced, Plaintiff should list specific documents that will help him identify the Doe defendants, such as a logbook for the date(s) when the incident occurred. Alternatively, if Plaintiff does not know of any such documents, Plaintiff should provide details regarding the Doe defendants, such as descriptions of

their appearance and/or or the dates and places where they worked. Additionally, Plaintiff should identify a date and time for production that gives the recipient a reasonable amount of time to respond.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of form AO 88B and a copy of form USM-285;
2. Plaintiff has thirty days from the date of service of this order to complete and return form AO 88B and form USM-285;
3. Plaintiff has 120 days from the date of service of this order to file a motion to substitute named defendants in place of the Doe defendants; and
4. <u>Failure to comply with this order may result in the dismissal of the Doe defendants</u>.

IT IS SO ORDERED.

Dated:  **May 17, 2022**                    /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE