UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>L.T., et al.,<br><br>                    Defendants. | Case No.  1:19-cv-01724-DAD-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF Nos. 71, 73)<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

Clarence Lonnell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court previously allowed Plaintiff to issue a subpoena to Kern Valley State Prison in order to identify the two Doe sergeants, the Doe lieutenant, and the two Doe correctional officers described in the operative complaint. (ECF Nos. 71, 73.)  Plaintiff has now completed and returned the subpoena and USM-285 form.

Plaintiff identifies "KVSP Warden Etc. Al" as the recipient of the subpoena. The Court will authorize the subpoena to be served on the Warden of Kern Valley State Prison.[1]

Plaintiff identified the place of production as "KVSP C-8" and the date and time of production as "Date on 602 and time 2nd watch." The Court will give the Warden thirty (30) days

---

[1] Plaintiff checked the boxes on the USM-285 form indicating that there are six individuals or parties to be served in this case and that the United States should be served. However, the United States is not a party to this case and all defendants other than the Doe defendants have been dismissed. (*See* ECF Nos. 69-70.) The United States Marshal is thus only directed to serve the subpoena on the Warden of Kern Valley State Prison.

1

from the date of service of the subpoena to respond. The Warden may serve his response, including any responsive documents, by U.S. Mail to Clarence Lonnell Roberson K-37334, California State Prison, Los Angeles County, P.O. Box 4610, Lancaster, CA 93539.

Alternatively, the Warden of KVSP may provide the Court with the names of the Doe defendants directly rather than producing responsive documents to Plaintiff. The Court will use those names to substitute the Doe defendants with specific individuals.

Finally, Plaintiff checked the box directing inspection of premises and identified "M.C.S.P." as the place of inspection. While the Court allowed Plaintiff to request documents so that he may identify the Doe defendants, the Court did not allow Plaintiff to inspect any premises. Additionally, it is not clear from the subpoena how, if at all, such an inspection is relevant to the claims proceeding in this case. Accordingly, the Warden of Kern Valley State Prison is not required to allow Plaintiff to inspect any premises.

Accordingly, it is HEREBY ORDERED that:

1. The Warden of Kern Valley State Prison has thirty (30) days from the date of service of Plaintiff's subpoena to respond to the subpoena;

2. The Warden of Kern Valley State Prison may mail the response and/or any responsive documents to Clarence Lonnell Roberson K-37334, California State Prison, Los Angeles County, P.O. Box 4610, Lancaster, CA 93539. Alternatively, the Warden of KVSP may provide the Court with the names of the Doe defendants directly rather than producing responsive documents to Plaintiff.;

3. The Warden of Kern Valley State Prison is not required to allow Plaintiff to inspect any premises;

4. The Clerk of Court shall forward the following documents to the United States Marshals Service:

   a. One (1) completed and issued subpoena *duces tecum*;

   b. One (1) completed USM-285 form; and

   c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

5. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.

6. Within twenty (20) days from the date of this order, the United States Marshals Service shall personally serve the subpoena, along with a copy of this order, on the Warden of Kern Valley State Prison pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

7. The United States Marshals Service is directed to retain a copy of the subpoena in its file for future use.

8. Within ten (10) days after personal service is effected, the United States Marshals Service shall file a return of service.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                    /s/ _Erica P. Grosjean_
                                             UNITED STATES MAGISTRATE JUDGE