UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LONNELL ROBERSON,<br><br>           Plaintiff,<br><br>    v.<br><br>L.T., *et al.*,<br><br>           Defendants. | Case No. 1:19-cv-01724-ADA-EPG (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL AND DENYING PLAINTIFF'S REQUESTS FOR SETTLEMENT CONFERENCE AND SUMMARY JUDGMENT DATE<br><br>(ECF No. 77)<br><br>ORDER DIRECTING CLERK TO ATTACH A COPY OF PLAINTIFF'S SUBPOENA TO THIS ORDER AND TO SERVE A COPY OF THIS ORDER ON THE WARDEN OF KERN VALLEY STATE PRISON |

      Clarence Lonnell Roberson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court allowed Plaintiff to issue a subpoena to the Warden of Kern Valley State Prison. (ECF Nos. 71, 73). On August 15, 2022, Plaintiff filed a response to the subpoena, a request for settlement conference, and a request to set a date for summary judgment. (ECF No. 77). Defendants have not filed any opposition to Plaintiff's motions.

      Because Plaintiff's filed response requests the Court to order the Warden of Kern Valley State Prison to produce specific documents as set forth in Plaintiff's subpoena, the Court will construe Plaintiff's request as a motion to compel discovery. For the reasons that follow, the Court will grant Plaintiff's motion to compel, and deny Plaintiff's requests for a settlement

conference and summary judgment date.

As explained above, the Court authorized a subpoena to be served on the Warden of Kern Valley State Prison in order to identify the two Doe sergeants, the Doe lieutenant, and the two Doe correctional officers described in Plaintiff's operative complaint. (ECF Nos. 71, 73, 75). On the appropriate form, under the box marked "*Production,*" Plaintiff described the material to be produced as the "names of C-yard 2nd watch sergeants and lieutenants and 2 correctional officers named as Doe-Defendants in this action who responded to my allegations on the date presented on my original filed '602' pertaining to this case." (ECF No. 75-1 at 1). Further, Plaintiff identified the place of production a "KVSP C-8" and the date and time of production as "Date on 602 and time 2nd watch." (*Id.*). The Warden was directed to either provide the Plaintiff, or alternatively, the Court, with the names of Doe defendants by August 15, 2022. (ECF No. 75).

According to Plaintiff, the Warden of Kern Valley State Prison responded to the subpoena by producing to Plaintiff an assignment roster that failed to comply with the subpoena. (ECF No. 77 at 1). As Plaintiff describes, the assignment roster produced by the Warden is dated August 19, 2019, which Plaintiff identifies as the date on which he filed his 602 appeal, and not the dates of the alleged violations by Kern Valley State Prison correctional staff as requested in the subpoena. (*Id.*). Plaintiff requests a Court order requiring the Warden of Kern Valley State Prison to produce the assignment roster for the following dates: August 7, 2019, August 8, 2019, August 9, 2019, August 10, 2019, and August 11, 2019. (*Id.*)

While Plaintiff argues the Warden's response to the subpoena was willfully deficient, the Court has reviewed the subpoena form filled out by Plaintiff, and acknowledges the text of the subpoena is not entirely clear. For that reason, the Court does not find bad faith on the part of Kern Valley State Prison in responding to Plaintiff's subpoena. However, the documents Plaintiff specifies in his August 15, 2022 motion (ECF No. 77), are within the subpoena text (ECF No. 75-1 at 1) as they match the dates identified by Plaintiff in his 602 appeal as when the alleged violations took place (ECF No. 12 at 8).

Accordingly, the Court will grant Plaintiff's motion to compel insofar that the Court will order the Warden of Kern Valley State Prison to provide Plaintiff with the C-yard and C-8 assignment rosters for the dates specified in Plaintiff's motion (ECF No. 77), or object to

providing the documents. If the Warden objects, Plaintiff may file a motion to compel production of the documents. Alternatively, the Warden of Kern Valley State Prison may provide the Court with the names of the Doe defendants directly rather than producing responsive documents to Plaintiff. The Court will use those names to substitute the Doe defendants with specific individuals.

Plaintiff also requests the Court to set a date for a settlement conference within thirty days of the instant motion. (ECF No. 77). For the same reasons explained in the Court's previous orders denying Plaintiff's requests for a settlement conference (ECF Nos. 49, 69), this request is denied.

Further, Plaintiff's request that the Court set a date for summary judgment if the Defendants refuse a settlement conference (ECF No. 77) is denied. The Court will issue a scheduling order that includes a deadline for filing motions for summary judgment after the Doe defendant(s) have been served.

Accordingly, it is HEREBY ORDRED that:

1. Plaintiff's motion filed on August 15, 2022 (ECF No. 77), is hereby construed, in part, as a motion to compel discovery.
2. For the reasons given above, Plaintiff's motion to compel is GRANTED in part;
3. The Warden of Kern Valley State Prison has thirty (30) days from the date of service of this order to serve Plaintiff with objections or produce the C-yard and C-8 assignment rosters at Kern Valley State Prison for the following dates: August 7, 2019, August 8, 2019, August 9, 2019, August 10, 2019, and August 11, 2019.
4. The Warden of Kern Valley State Prison may mail the response and/or any responsive documents to Clarence Lonnell Roberson K-37334, San Quentin State Prison, Main Street, San Quentin, CA, 94964. Alternatively, the Warden of Kern Valley State Prison may provide the Court with the names of the Doe defendants directly rather than producing the responsive documents to Plaintiff.
5. The Clerk of Court is directed to serve a copy of this order on the Warden of Kern Valley State Prison.
6. The Clerk of Court is directed to attach a copy of Plaintiff's previously completed and

issued subpoena *duces tecum* (ECF Nos. 74, 75) to this order.

7. Plaintiff's request for a settlement conference is DENIED for the reasons stated above;

8. Plaintiff's request for a summary judgment date is DENIED.

IT IS SO ORDERED.

Dated:   **September 13, 2022**                    /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE